IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. COFIELD,                 ) | No. C 13-0915 JSW (PR) |
|     Plaintiff,                           ) | **ORDER OF DISMISSAL** |
| v.                                               ) | |
| MOHAMMAD A. ISCANDARI,    ) | (Docket No. 3) |
|     Defendants.                      ) | |

      On February 28, 2013, Plaintiff, a California prisoner proceeding pro se, filed civil action in this Court. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or complete his IFP application, including a statement from his inmate trust account and certificate of funds signed by an authorized jail official, within thirty days. On March 19, 2013, Plaintiff submitted an incomplete IFP application because it did not include the trust account statement and the certificate of funds form had not been completed or signed. No further communication from Plaintiff has been received. As more than thirty

1  days have passed and Plaintiff has neither paid the filing fee, submitted a complete IFP
2  application nor shown cause for his failure to do so, this case is DISMISSED without
3  prejudice.  The incomplete IFP application (docket 3) is DENIED and no fee is due.
4      The Clerk shall enter judgment and close the file.
5      IT IS SO ORDERED.
6  DATED: May 1, 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VINCENT E COFIELD,

        Plaintiff,

  v.

MUHAMMAD A ISCANDARI et al,

        Defendant.

Case Number: CV13-00915 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent E. Cofield G131012
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: May 1, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk